# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK SR., | ) Case No.: 1:19-cv-01265 DAD JLT |
| Plaintiff, | ) |
| | ) ORDER CONTINUING THE SCHEDULING |
| v. | ) CONFERENCE |
| | ) |
| EMANUEL PROPERTIES LLC DBA | ) |
| HOLIDAT INN & SUITES BAKERSFIELD, | ) |
| | ) |
| Defendant. | ) |

On August 12, 2019, the plaintiff initiated this action related to alleged violations of the Americans with Disabilities Act. (Doc. 1) The Court issued the summons on September 19, 2019 (Doc. 2) and its order setting the mandatory scheduling conference to occur on December 12, 2019 (Doc. 43). After the plaintiff filed a First Amended Complaint (Doc. 6), the Court issued a summons to the newly named defendant on November 26, 2019. (Doc. 6). The plaintiff has not filed a proof of service of the summons and complaint and the defendant has not appeared in the action. Therefore, the Court **ORDERS**:

///

///

///

///

///

1

1. The scheduling conference is **CONTINUED** to **February 18, 2020** at 8:30 a.m. **The plaintiff is advised that the failure to comply will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

    Dated: __**December 6, 2019**__            **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE