UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> STONE CREEK LODGING, L.P., et al. <br><br> Defendants. | Case No.: 1:19-cv-01265-DAD-JLT <br><br> ORDER DENYING REQUEST FOR ENTRY OF DEFAULT <br><br> (Doc. 12) |

Peter Strojnik seeks to hold the defendant liable for violations of the Americans with Disabilities Act at Holiday Inn & Suites Bakersfield. (Docs. 1, 5) After Plaintiff filed a first amended complaint, the Court issued the summons to the newly-named defendant, Emanuel Properties LLC, on November 26, 2019. (Doc. 6)

On December 12, 2019, Plaintiff filed a "Return of Service," indicating the summons and complaint were left with "Jane Soriano, Front Desk" on December 3, 2019. (Doc. 8 at 2) Notably, the summons completed by Plaintiff indicates that the agent for service of process for Emanuel Properties LLC is Joseph Fan. Further, there is no indication that the "front desk" at which the summons and complaint were left was at the relevant property, or that Jane Soriano was an individual designated to accept service of process. Therefore, the service was not effective. *See* Cal. Code Civ. Proc. § 416.10. Accordingly, the Court **ORDERS** as follows:

1. Plaintiff's request for entry of default (Doc. 12) is **DENIED**; and

2. **No later than March 6, 2020**, Plaintiff **SHALL** file a proof of service reflecting service made according to the requirements of law, or a voluntary dismissal as to the entire action. **Plaintiff is advised that the failure to comply will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated: **February 20, 2020**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE