# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STRONJIK, SR., | Case No.: 1:19-cv-1265- DAD JLT |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| EMANUEL PROPERTIES LLC dba HOLIDAY INN & SUITES BAKERSFIELD, | (Doc. 14) |
| Defendants. | |

On April 2, 2020, Plaintiff filed a Notice of Dismissal, indicating he was dismissing the action with prejudice. (Doc. 14) Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants had not appeared or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Clerk of Court **IS DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __**April 6, 2020**__            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE